## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In the matter of: | **Case No.:** 07-34429-dof |
| William Ostrander and Carrie Ostrander | **Chapter 13 Proceedings** |
| Debtor(s). | Judge Daniel Opperman |
| _____/ | |

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

     The attached check represents an unclaimed dividend in this estate and is remitted to the clerk of the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Creditor or Debtor Name | Court Clm.# | Trustee Clm.# | Class of Claim | Check# | Amt. of Check |
|---|---|---|---|---|---|
| Genesys Regional Medical Ctr | 3 | 16 | Unsecured | 739158 | $2.82 |

Dated: June 9, 2011

                                                       /s/Carl L. Bekofske
                                             Carl L. Bekofske,
                                             Standing Chapter 13 Trustee
                                             400 N. Saginaw St., Ste 331
                                             Flint, MI 48502
                                             Telephone: (810) 238-4675
                                             Fax: (810) 238-4712
                                             Email: ECF@flint13.com
                                             P10645